John Heenan
HEENAN LAW FIRM
3970 Ave. D, Suite A
Billings, Montana 59102
Telephone:  (406) 839-9091
Facsimile: (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TIFFANY KELKER, on behalf of herself and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENEVA ROTH CAPITAL, INC. a/k/a GENEVA ROTH VENTURES, INC. d/b/a LOAN POINT USA and MARK CURRY,<br><br>Defendants. | Cause No.: CV-11-94-BLG-RFC<br><br><br><br>**NOTICE OF DISMISSAL** |

NOTICE IS HEREBY GIVEN THAT, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs hereby dismisses their claims in the above-captioned action, without prejudice.  Voluntary dismissal is proper because Defendants have not yet filed an answer in this action.

Dated this 14th day of September, 2011.

                HEENAN LAW FIRM

                */s/ John Heenan*
                John Heenan
                Attorney for Plaintiffs